**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1222**

ANGELA MARIA DOZIER,

Plaintiff - Appellant,

and

SASHA ANGELICA DOZIER; IMMANUEL ANGELO DOZIER;
DOZIER'S LOGGING; SHAMES EDRESSE DOZIER;
MARIEK VERNELL DOZIER,

Plaintiffs,

versus

FRANKLIN COUNTY GOVERNMENT; WAKE COUNTY
GOVERNMENT; DURHAM COUNTY GOVERNMENT; VANCE
COUNTY GOVERNMENT; GRANVILLE COUNTY
GOVERNMENT; WARREN COUNTY GOVERNMENT; NORTH
CAROLINA DEPARTMENT OF SOCIAL SERVICES;
FRANKLIN COUNTY DEPARTMENT OF SOCIAL SERVICES;
DURHAM COUNTY DEPARTMENT OF SOCIAL SERVICES;
VANCE COUNTY DEPARTMENT OF SOCIAL SERVICES;
GRANVILLE COUNTY DEPARTMENT OF SOCIAL
SERVICES; WARREN COUNTY DEPARTMENT OF SOCIAL
SERVICES; CHARLES DRAUGHN; HEATHER WATKINS,
Social Worker; STEPHANIE ROODHUYZEN, Foster
Parent; PAUL ROODHUYZEN, Foster Parent; KAREN
TROUTNER-WATKINS, Child Care Coordinator;
RANDALL HAUPT, Transport Officer; NIKKI
GRIFFIN, Director, Franklin County Department
of Social Services; VELVET NEWMAN-PURDUE,
Program Manager; LISA GANT, Supervisor,
Franklin County Department of Social Services;
JEANETTE RICHARDSON; BECKY AMSTEAD,
Psychiatrist, Franklin County Department of
Mental Health; SUSAN DIETZ, Vision Therapist;
STACI MICHAELS, Feeding Therapist; RICK

MASCARDI, Occupational Therapist; KELLI DONAHUE, Physical Therapist; ERNESTINE JOYNER; THOMAS CLIFTON; JOANNE AYSCUE; SHARON FREEDMAN; ROBERT AIELLO, Doctor; DOCTOR ST. CLAIRE; BILL MALCOLM; ANNE DAUTRIDGE; STEVEN HIGHT; PHYLLIS PERRY; DAVID GUIN; H. M. EDWARDS; E. H. SMITH; BOBBY DICKERSON; LYNN WILSON; GEORGE MCGHEE; BARBARA DICKERSON; MASA REAVES; KIM FAULKNER,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, Chief District Judge. (CA-04-847-5-FL)

———————————

Submitted: April 29, 2005          Decided: May 27, 2005

———————————

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Angela Maria Dozier, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Angela Maria Dozier appeals the district court's dismissal of her complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that the appeal is frivolous. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Dozier v. Franklin County Gov't</u>, No. CA-04-847-5-FL (E.D.N.C. Feb. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion to appoint counsel is denied.

<u>AFFIRMED</u>